UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. RUBINO,<br><br>    Petitioner,<br>v.<br>DANIEL PARAMO, KAMALA D. HARRIS,<br><br>    Respondents. | Case No. 3:14-cv-0491-GPC-BLM<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY** |

Pending before the Court is Robert M. Rubino's ("Petitioner") Motion for Issuance of Certificate of Appealability ("Motion"). (Dkt. Nos. 4, 5.) For the reasons stated below, the Court **DENIES** Petitioner's Motion. Petitioner may seek review of the certificate of appealability decision before the United States Court of Appeals for the Ninth Circuit. See Fed. R. App. P. 22(b)(1).

## BACKGROUND

On March 12, 2014, the Court issued an Order Dismissing Habeas Petition Without Prejudice as Second or Successive. (Dkt. No. 3.) On March 31, 2014, Petitioner filed a Notice of Appeal (Request for Certificate of Appealability) pursuant to 28 U.S.C. § 1291, Federal Rules of Appellate Procedure 4(a)(1), and Ninth Circuit Court Rule 22-1(a). (Dkt. No. 4.) Because Petitioner requests that a certificate of

appealability be issued, the Court will construe Petitioner's Notice of Appeal as a Motion for Issuance of Certificate of Appealability. (Dkt. No. 5.)

### DISCUSSION

Petitioner requests the Court issue a certificate of appealability to address the following issues: (1) whether the Antiterrorism and Effective Death Penalty Act ("AEDPA") deprived Petitioner of federal habeas corpus review; and (2) whether California's post-conviction relief procedures deny prisoners due process and equal protection of the law. (Dkt. No. 4 at 2; Dkt. No. 1 at 10.)

A court may issue a certificate of appealability only if the petitioner has made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make the required showing, the petitioner must show that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Here, Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, the Court **DENIES** Petitioner's request for a certificate of appealability.

### CONCLUSION

For reasons set forth above, the Court **DENIES** Petitioner's request for a certificate of appealabiilty.

**IT IS SO ORDERED.**

DATED: April 25, 2014

HON. GONZALO P. CURIEL
United States District Judge